```
             IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF KANSAS
```

JANET MARIE WILSON,

               Plaintiff,

vs.                            Case No. 14-1156-SAC

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

               Defendant.

MEMORANDUM AND ORDER

    On October 8, 2014, the court issued a show cause order after plaintiff failed to file her brief on or before September 26, 2014 (Doc. 11). Plaintiff has filed a response, indicating that she has been ill, and requesting an additional 60 days to file her brief (Doc. 13-14). Plaintiff had 45 days from the filing of the answer to file her brief. Plaintiff will be granted an extension of time, until December 17, 2014, with the understanding that no additional extensions of time will be permitted. Failure to file a brief by December 17, 2014 will result in dismissal of this action.

    IT IS THEREFORE ORDERED that plaintiff shall file her brief no later than December 17, 2014.

    Copies of this order will be mailed to plaintiff by regular mail, and certified mail, return receipt requested.

1

Dated this 12th day of November 2014, Topeka, Kansas.

                                            s/Sam A. Crow  
                                            Sam A. Crow, U.S. District Senior Judge